IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO: 3:13-CR-10 |
| v. | VIOLATIONS: |
| CHRISTINE RAHL | 18 U.S.C. § 669 |
| | 18 U.S.C. § 1957 |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 669
### Embezzlement in Connection with Health Care

On or about January 10, 2007 and June 21, 2012, in the Middle District of Georgia, defendant,

**CHRISTINE RAHL,**

did knowingly and willfully embezzle, steal, and otherwise without authority convert to her own use, and misapply the moneys, funds, credits, property and other assets of a health care benefit program, namely, Marmalade Health, doing business as Abbey Hospice, in the amount of $1,586,847.14.

All in violation of Title 18, United States Code, Section 669.

### COUNTS TWO THROUGH FIVE
### 18 U.S.C. § 1957
### Money Laundering

On or about the dates set forth below, in the Athens Division of the Middle District of Georgia, and elsewhere, the Defendant(s),

**CHRISTINE RAHL,**

did knowingly engage and attempt to engage in the following monetary transactions by, through, and to Wells Fargo Bank, a financial institution, affecting interstate and foreign commerce using Account #XXX1133, in criminally derived property of a value greater than $10,000, to wit: checks and wire transfers, such property having been derived from a specified unlawful activity, to wit: theft, embezzlement from a health care benefit program.

| Count | Date | Check # | Amount | Type | Comments |
|---|---|---|---|---|---|
| 2 | 6/26/2012 | 2703 | $11,000.00 | Check | Cash |
| 3 | 7/7/2009 | 2023 | $12,338.04 | Check | Loganville Ford 03 Yukon |
| 4 | 4/29/2010 | 2140 | $14,259.87 | Check | Cash |
| 5 | 3/29/2012 | 2679 | $12,075.33 | Check | TCH Watersports |

All in violation of Title 18, United States Code, Section 1957.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

BY: *Sharon Ratley* (signature)
Sharon T. Ratley
Georgia Bar No. 703150
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Fax: (478) 621-2655